Jamaica Seven, LLC, Appellant,
against
Agnes A. Santos and Wilma Gonzales, Respondents.




Curtis Harger, Esq., for appellant.
Agnes A. Santos and Wilma Gonzales, respondents pro se (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Queens County (Larry Love, J.), dated September 12, 2017. The order denied plaintiff's motion to restore the action to the trial calendar.




ORDERED that the order is reversed, without costs, and plaintiff's motion to restore the action to the trial calendar is granted.
Plaintiff commenced this small claims action in October 2009 to recover rent arrears, late charges, and legal fees. Motion practice ensued, and, at some point after March 2013, the case was marked off the trial calendar. On April 7, 2017, plaintiff moved to restore the action to the trial calendar. The Civil Court denied the unopposed motion based on a January 2014 Division of Housing and Community Renewal determination of an overcharge complaint in favor of defendant.
An action that has been marked off the trial calendar which is not restored to the calendar within one year, may be restored thereafter where the plaintiff demonstrates, among other things, a meritorious cause of action and a reasonable excuse for the delay in moving to restore the case (see Daniels v Manhattan & Bronx Surface Tr. Operating Auth., 38 Misc 3d 140[A], 2013 NY [*2]Slip Op 50204[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2013]; Marone v Bevelaqua, 36 Misc 3d 140[A], 2012 NY Slip Op 51484[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2012]). Here, plaintiff satisfied the foregoing requirements. We note that the January 2014 Department of Housing and Community Renewal determination did not resolve plaintiff's instant claims of rent arrears, late charges, and legal fees.
Accordingly, the order is reversed and plaintiff's motion to restore the action to the trial calendar is granted.
SIEGAL, J.P., PESCE and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 07, 2019